ALBERT NEWCOMBE, Respondent, v. GEORGE N. OSTRANDER, Appellant.— Judgment unanimously affirmed, with costs, on the opinion of Whitmyer, J., at Trial Term. [Reported in 107 Misc. Rep. 672.]

ELLA C. ALTON, Respondent, v. VILLAGE OF FLEISCHMANNS, Appellant.— Judgment and order unanimously affirmed, with costs.

SOPHIA BRADLEY, Appellant, v. THE WAVERLY, SAYRE AND ATHENS TRACTION COMPANY, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

JENNIE BROWNELL, Respondent, v. HIRAM SCRIBNER, Appellant.— Judgment unanimously affirmed, with costs.

THE BERGER MANUFACTURING COMPANY, Respondent, v. JOHN VOYCHOK and Others, Impleaded with WELLS BROTHERS COMPANY and MUNICIPAL GAS COMPANY, Appellants, and PETER McCABE and ALBANY HARDWARE AND IRON COMPANY, Respondents.— Decree unanimously affirmed, with costs.

GEORGE L. CRITTENDEN, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.

JOSEPH FIRLIK, Respondent, v. MENEELY & COMPANY, and ALFRED C. MENEELY, Appellants.— Judgment against the defendant Meneely & Company, and order denying its motion for a new trial reversed, and complaint against Meneely & Company dismissed, with costs, on the authority of *Potts* v. *Pardee* (220 N. Y. 431) and *Rose* v. *Balfe* (223 id. 481). All concur.

CORAL E. HOFFMAN and JACKSON A. HOFFMAN, as Administrators, etc., of